```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
AMERICAS CHOICE VETERANS CONSTRUCTION  :
INC., et al.,                          :
                                      :         24cv6522(DLC)
                         Plaintiffs,   :
             -v-                       :            ORDER
                                      :
CITY OF NEW YORK, et al.,              :
                                      :
                         Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On September 4, 2024, plaintiffs initiated this action against the City of New York, Teachers Federal Credit Union, Edward R. Guida, Jr., Albert Perna, and Gregg Wasserman. On September 10, 2024, an initial pretrial conference was scheduled for November 1, 2024. It is hereby

ORDERED that plaintiffs file by October 29, 2024 affidavits reflecting that the defendants have been served.

Dated:    New York, New York
          October 25, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge