```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
AMERICAS CHOICE VETERANS CONSTRUCTION      :
INC., et al.,                             :
                                          :        24cv6522(DLC)
                              Plaintiffs, :
                -v-                       :           ORDER
                                          :
CITY OF NEW YORK, et al.,                 :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On October 31, 2024, Defendant Teachers Federal Credit Union ("TFCU") requested an extension of time to November 29 to respond to Plaintiffs' complaint. That same day, Defendants Edward F. Guida, Jr., Albert Perna, and Gregg Wasserman requested a similar extension of time to December 16 and also requested that the initial pretrial conference scheduled for November 1 be adjourned. It is hereby

ORDERED that the time for all Defendants to respond to Plaintiffs' complaint is extended to December 2, 2024.

IT IS FURTHER ORDERED that the initial pretrial conference is adjourned to Friday, December 6, 2024 at 2:00 p.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         October 31, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge