UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
AMERICAS CHOICE VETERANS CONSTRUCTION :
INC., et al.,                        :
                                     :            24cv6522(DLC)
                        Plaintiffs,  :
           -v-                       :               ORDER
                                     :
CITY OF NEW YORK, et al.,            :
                                     :
                        Defendants.  :
                                     :
------------------------------------ X
DENISE COTE, District Judge:

On December 2, 2024, defendants Edward Guida, Jr., Albert
Perna, and Greg Wasserman filed a motion to dismiss the
complaint pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ.
P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21
days after the service of a motion under Rule 12(b) to amend the
complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by
**December 23, 2024.**  It is unlikely that plaintiffs will have a
further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is
filed, plaintiffs shall file any opposition to the motion to
dismiss by **January 10, 2025.**  The reply, if any, shall be filed
by **January 24, 2025.**  At the time any reply is filed, the moving
party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for January 7, 2025 is adjourned sine die.

Dated:    New York, New York
          December 3, 2024

                                    _____
                                         DENISE COTE
                              United States District Judge