```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
AMERICAS CHOICE VETERANS CONSTRUCTION  :
INC., et al.,                          :
                                      :     24cv6522(DLC)
                        Plaintiffs,    :
             -v-                       :        ORDER
                                      :
CITY OF NEW YORK, et al.,              :
                                      :
                        Defendants.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On December 2, 2024, defendants Edward Guida, Jr., Albert Perna, and Greg Wasserman filed a motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P. An Order of December 3 directed the plaintiffs to file any amended complaint by December 23, warned the plaintiffs that it was unlikely they will have a further opportunity to amend, and set a briefing schedule on the December 2 motion to dismiss.

On December 13, 2024, defendant City of New York filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. The plaintiffs' December 23 deadline to amend remains in effect. It is hereby

ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the City of New York's motion to dismiss by **January 10, 2025**. The reply, if any, shall be filed by **January 24, 2025**. At the time any reply is filed, the moving

party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         December 13, 2024

_____
DENISE COTE
United States District Judge