```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :      24cv6522 (DLC)
AMERICAS CHOICE VETERANS CONSTRUCTION     :
INC., et al.,                             :      ORDER
                                         :
                         Plaintiffs,     :
             -v-                         :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 2, 2024 defendants Edward Guida, Jr., Albert Perna, and Greg Wasserman filed a motion to dismiss the original complaint filed in this action. An Order of December 3 directed the plaintiffs to file any amended complaint by December 23 and alerted the plaintiffs that they would likely not have another opportunity to amend. On December 13, defendant the City of New York filed a motion to dismiss the original complaint. The plaintiffs filed an amended complaint on December 23. Accordingly, it is hereby

ORDERED that the December 2 and 13 motions of defendants are dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by January 24, 2025
- Opposition served by February 14, 2025
- Reply served by February 28, 2025

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
         December 24, 2024

```
                              _____
                                      DENISE COTE
                              United States District Judge
```