**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMERICAS CHOICE VETERANS
CONSTRUCTION INC., et al.,

                       Plaintiffs,

        -against-                                24 **CIVIL** 6522 (DLC)

                                              <u>**JUDGMENT**</u>

CITY OF NEW YORK, et al.,

                       Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 1, 2025, the Individual Defendants' January 24, 2025 motion to dismiss is granted in part. The City's January 24, 2025 motion to dismiss is granted. All federal claims having been dismissed, the Court has declined to exercise supplemental jurisdiction over the remaining state law claims. This action is dismissed without prejudice to filing the state law claims in state court; accordingly, the case is closed.

**Dated:** New York, New York

     May 2, 2025

                                    **TAMMI M HELLWIG**
                              _____
                                    **Clerk of Court**

                     **BY:**       *K. Mango*

                                _____
                                    **Deputy Clerk**