```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AMERICAS CHOICE VETERANS CONSTRUCTION     :
INC., et al.,                            :
                                         :     24cv6522 (DLC)
                         Plaintiffs,     :
              -v-                        :     ORDER
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Plaintiffs filed the First Amended Complaint ("FAC") on December 23, 2024.  Teachers Federal Credit Union ("TFCU") filed an Answer to the FAC on December 27, 2024.  Both the City of New York and, separately, Greg Wasserman, Albert Perna, and Edward F. Guida, Jr. ("Individual Defendants") moved to dismiss the FAC pursuant to Rule 12(b)(6), Fed. R. Civ. P.  An Opinion and Order of May 1, 2025, granted the Individual Defendants' motion to dismiss in part and granted the City's motion to dismiss.

ORDERED that the plaintiffs' claim under 42 U.S.C. § 1983 alleging a violation of Due Process Clause of the Fourteenth Amendment, U.S. Const. Amend. XIV, is dismissed against TFCU as well since, for the reasons stated in the May 1 Opinion and Order, there is no basis to find that the claim could have survived as to TFCU.

IT IS FURTHER ORDERED that, for the reasons articulated in the May 1 Opinion and Order, the Court declines to exercise supplemental jurisdiction over the remaining state law claims asserted against TFCU.

Dated:   New York, New York
         May 2, 2025

```
                            _____
                                   DENISE COTE
                            United States District Judge
```